ACCEPTED
03-14-00711-CV
3745168
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/13/2015 10:42:02 AM
JEFFREY D. KYLE
CLERK

NO. 03-14-00711-CV

|  |  |
|---|---|
| In The Court Of Appeals | FILED IN<br>3rd COURT OF APPEALS<br>AUSTIN, TEXAS |
| The Third District Of Texas | 1/13/2015 10:42:02 AM |
| Austin, Texas | JEFFREY D. KYLE<br>Clerk |

Sam Odom,

Appellant,

**V.**

DP Centex 1, Ltd,

Appellee.

Appeal from the County Court at Law Number One
Travis County, Texas
Trial Court Case No. C-1-CV-14-009185

# JOINT MOTION TO DISMISS WITH PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, Appellant, Sam Odom (Appellant), and Appellee, DP Centex 1, Ltd. (Appellee), and file this Joint Motion to Dismiss with Prejudice and, in support hereof, would respectfully show this Honorable Court the following:

1. Appellants and Appellee jointly move to dismiss this suit with prejudice.

2. All parties agree that Appellants' claims shall be dismissed with prejudice, as evidenced by the signatures of the parties' counsel below.

3. Therefore, the parties request that this Court enter an Order Dismissing this case with prejudice.

## **PRAYER**

WHEREFORE, PREMISES CONSIDERED, Appellant, Sam Odom, jointly with Appellee DP Centex 1, Ltd., pray that this Court dismiss this Cause of action with prejudice.

Respectfully Submitted,

**MINERVE LAW FIRM**

/S/ JAMES MINERVE
James Minerve
State Bar No 24008692
115 Saddle Blanket Trail
Buda, Texas 78610
Ofc: 888-819-1440
Cell: 210-336-5867
Fax: 888-230-6397

Attorney for Appellant Sam Odom

**THE J. HYDE LAW OFFICE PLLC**

/S/ DR. J. HYDE
Dr. J. Hyde
State Bar No 24027083
111 E. 17th Street #12015
Austin, Texas 78711
Tel:   512-200-4080
Fax:   512-582-8295

Attorney for Appellee DP Centex 1, Ltd.

NO. 03-14-00711-CV

---

In The Court Of Appeals

The Third District Of Texas

Austin, Texas

---

Sam Odom,

Appellants

**V.**

DP Centex 1, Ltd.,

Appellee.

---

Appeal from the County Court at Law Number One
Travis County, Texas
Trial Court Case No. C-1-CV-14-009185

---

## ORDER OF DISMISSAL WITH PREJUDICE

Came before this Court the Joint Motion to Dismiss With Prejudice filed by Appellant, Sam Odom and Appellee, DP Centex 1, Ltd. The Court, after considering the Joint Motion and pleadings is of the opinion that the Motion is well taken and should be, in all things, GRANTED.

IT IS THEREFORE ORDERED that this suit and all claims asserted by Appellant, Sam Odom against Appellee, DP Centex 1, Ltd., shall be, and the same hereby are DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that costs of court will be paid by the party incurring them.

SIGNED on this _____ day of _____, 2015.


_____
JUDGE PRESIDING

AGREED AS TO FORM AND CONTENT:

**MINERVE LAW FIRM**

/S/ JAMES MINERVE
James Minerve
State Bar No 24008692
115 Saddle Blanket Trail
Buda, Texas 78610
Ofc:   888-819-1440
Cell:  210-336-5867
Fax:   888-230-6397

Attorney for Plaintiff Sam Odom

**THE J. HYDE LAW OFFICE PLLC**

/S/ DR. J. HYDE
Dr. J. Hyde
State Bar No 24027083
111 E. 17th Street #12015
Austin, Texas 78711
Tel:   512-200-4080
Fax:   512-582-8295

Attorney for Appellee DP Centex 1, Ltd.